**Anthony Mustafan CHISLEY, Plaintiff—Appellant,**

v.

**James HOLWAGER, Chief Psychologist; Richard J. Graham, Jr., Assistant Warden; Sherry Haferkamp, Psychologist; Booth, Psychologist; Harr, Social Worker, et al., individually and in their own official capacities, Defendants—Appellees.**

No. 10–7184.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 24, 2011.

Decided: Sept. 22, 2011.

Anthony Mustafan Chisley, Appellant Pro Se. Rex Schultz Gordon, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Mustafan Chisley appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Chisley v. Holwager,* No. 8:09–cv–02099–DKC, 2010 WL 2730656 (D.Md. July 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* We previously remanded this case to the district court for the limited purpose of enabling the court to determine whether Chisley had shown excusable neglect or good cause warranting an extension of time to appeal. *Chis-* *ley v. Holwager,* 422 Fed.Appx. 252 (4th Cir. 2011). On remand, the district court granted his motion for extension of time to file a notice of appeal. His appeal is therefore deemed timely filed.